441 EAST 57TH STREET, LLC, Respondent, v 447 EAST 57TH STREET CORP., Appellant.

Submitted February 20, 2007; decided April 3, 2007

Motion for leave to appeal denied. Motion for a stay dismissed as academic.